UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:09-CV-41-F

IN RE: Subpoena Action of          )

WINSTON HOBBS                 )          ORDER


In light of the Government's compliance [DE-10] with this court's order [DE-6] of

November 2, 2009, the Government's Motion to Dismiss [DE-5] this action is ALLOWED. The

Clerk of Court is DIRECTED to enter judgment accordingly, and to close this case.

SO ORDERED.

This, the 10th day of December, 2009.

_____
JAMES C. FOX
Senior United States District Judge