# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

IN RE: SUBPOENA ACTION OF WINSTON HOBBS, )
)
)
) **JUDGMENT IN A CIVIL CASE**
) **CASE NO. 2:09-CV-41-F**
)
)

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the Government's Motion to Dismiss this action is ALLOWED. The Clerk of Court is DIRECTED to enter judgment accordingly, and to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 10, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Matthew Lee Fesak
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461


December 10, 2009                              DENNIS P. IAVARONE
Date                                            Clerk of Court

                                                         /s/ Susan K. Edwards
*Wilmington, North Carolina*                  *(By) Deputy Clerk*